UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-11137-GW-AYPx | Date | April 9, 2026 |
|---|---|---|---|
| Title | *Omar Luna v. JV Wraps & Customs, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                        Attorneys Present for Defendants:

None Present                                                        None Present

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On April 8, 2026, Plaintiff Omar Luna filed a Notice of Settlement [23]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for May 11, 2026 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on May 8, 2026.

:

Initials of Preparer    JG